IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES K. JOHNSON,

    Petitioner,        No. CIV S-06-2632 MCE DAD P

    vs.

ROBERT A. HOREL, Acting Warden, et al.,

    Respondents.        FINDINGS & RECOMMENDATIONS
                       /

        By an order filed November 22, 2006, petitioner was ordered to file a completed application to proceed in forma pauperis or pay the appropriate filing fee within thirty days. In addition, petitioner's petition was dismissed and thirty days' leave to file an amended petition was granted. Petitioner was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and petitioner has not filed a completed application to proceed in forma pauperis, has not paid the appropriate filing fee, has not filed an amended petition, and has not otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1  days after being served with these findings and recommendations, petitioner may file written
2  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
3  Findings and Recommendations."  Petitioner is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
5  F.2d 1153 (9th Cir. 1991).
6  DATED: January 4, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
john2632.fifp.fta